UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GEORGE RILEY, III,

    Petitioner,

v.                                             CASE NO. 6:03-cv-1706-Orl-19KRS
                                                  (6:00-cr-038-Orl-19KRS)

UNITED STATES OF AMERICA,

    Respondent.

## **ORDER**

Petitioner's Request for a Certificate of Appealability (Doc. No. 31, filed June 6, 2005) is **DENIED**. This Court should grant an application for certificate of appealability only if Petitioner makes "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). Petitioner has failed to make a substantial showing of the denial of a constitutional right.

**DONE AND ORDERED** at Orlando, Florida, this   29th   day of July, 2005.

PATRICIA C. FAWSETT, CHIEF JUDGE
UNITED STATES DISTRICT COURT

Copies to:
sa 7/29
Counsel of Record
George Riley, III